The People of the State of New York, Respondent,
against
Genaro Garcia, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Beth Beller, J., at plea and sentencing; Marc J. Whiten, J., at resentencing), rendered September 11, 2018, convicting him, upon his plea of guilty, of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Beth Beller, J., at plea and sentencing; Marc J. Whiten, J., at resentencing), rendered September 11, 2018, affirmed.
Defendant's claim that his plea was not knowing, voluntary and intelligent is unpreserved, since he failed to move to withdraw the plea prior to the imposition of the resentence (see People v Crowder, 24 NY3d 1134, 1136-1137 [2015]; People v Ullah, 130 AD3d 759, 760 [2015], lv denied 26 NY3d 1043 [2015]). We decline to review defendant's claim in the interest of justice. As an alternative holding, we find that defendant's guilty plea was entered knowingly, voluntarily, and intelligently with the aid of counsel, and after the court sufficiently advised defendant of the constitutional rights he would be giving up by pleading guilty (see People v Conceicao, 26 NY3d 375 [2015]; People v Sougou, 26 NY3d 1052 [2015]). 
In any event, the only relief defendant requests is dismissal of the accusatory instrument rather than vacatur of the plea, and he expressly requests this Court to affirm the conviction if it does not grant a dismissal. Since we do not find that dismissal would be appropriate, we affirm on this basis as well (see e.g. People v Teron, 139 AD3d 450 [2016]).
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: April 17, 2020